

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PAMELA G. LINCOLN | CIVIL ACTION NO. 1:09-01393 |
| -vs- | JUDGE DRELL |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein; after independent (de novo) review of the record, from which we note that the Magistrate Judge incorrectly identified Dr. M. Lawrence Drerup as a neurologist, when he is, instead, a neurosurgeon; after giving thorough consideration to the objections filed herein; and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law except as noted above;

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED and Lincoln's appeal is DENIED AND DISMISSED WITH PREJUDICE.

SIGNED on this 11 day of August, 2010, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE